FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2026 SEP 16 AM 11: 52
CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 26-4801 SMD |
| vs. | ) Count 1: 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256: Possession of Child Pornography; |
| **JEVON DEWITT HAIRSTON,** | ) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256: Distribution of Child Pornography. |

# INDICTMENT

The Grand Jury charges:

## Count 1

From on or about November 1, 2024, and continuing to on or about September 15, 2025, in Otero County, in the District of New Mexico, the defendant, **JEVON DEWITT HAIRSTON**, knowingly possessed any material containing child pornography, as defined in 18 U.S.C. § 2256(8), involving a prepubescent minor, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256.

Count 2

From on or about September 4, 2025, and continuing to on or about September 5, 2025, in Otero County, in the District of New Mexico, the defendant, **JEVON DEWITT HAIRSTON**, knowingly distributed, and attempted to distribute, any child pornography, as defined in 18 U.S.C. § 2256(8), involving a prepubescent minor, that had been mailed, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2252A, the defendant, **JEVON DEWITT HAIRSTON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any matter containing visual depictions produced, transported, mailed, shipped, or received in violation of Chapter 110, of United States Code Title 18; any property, real or personal, constituting or traceable to gross profits, or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

a. an Acer Aspire 3 Laptop; and

b. an iBUYPOWER i-Series Desktop Computer.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*9/10/26 MAS*